UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS,<br><br>    Plaintiff,<br><br>  v.<br><br>SIRKO,<br><br>    Defendant. | No. 2:16-cv-0966-EFB P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He asserts a claim arising out of events that occurred at California State Prison, Los Angeles County.

    The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

    In this case, the defendant is located in and the claim arose in Los Angeles County.

/////

1

1    Because Los Angeles County lies within the venue of the Central District of California, venue
2    properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(c)(2).
3        Accordingly, IT IS HEREBY ORDERED that this case is transferred to the Western
4    Division of the United States District Court for the Central District of California.  *See* 28 U.S.C.
5    § 1406(a).
6    Dated:  May 16, 2016.

     _____
     EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

2